IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

QBE INSURANCE CORPORATION,

Plaintiff,

v.                                                          Case No. 21-cv-1364 JPG

DANNA, LLC, *et al*.,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

Dated: 7/7/2023                    **MONICA A. STUMP, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**